PEOPLE v LITTRELL. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 January 11, 1972, at Lansing. (Docket No. 12324.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Markus S. Simon*, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION. Defendant was convicted on plea of guilty of attempted breaking and entering an occupied dwelling house with intent to commit larceny therein, and appeals. The people have filed a motion to affirm.

Upon examination of the brief and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.

PEOPLE v KENNER. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 January 11, 1972, at Grand Rapids. (Docket No. 12326.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the added count of attempted larceny in a building. The people have filed a motion to affirm. A review of the briefs and record in this cause make it manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Affirmed.